United States District Court
Southern District of Texas
**ENTERED**
April 12, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LNG AMERICAS, INC., | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §    CIVIL ACTION NO. H-21-2226 |
| | § |
| CHEVRON NATURAL GAS, a division of Chevron U.S.A. Inc., | § |
| | § |
| Defendant. | § |

### FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Chevron Natural Gas's Motion for Summary Judgment, this action is **DISMISSED with prejudice**.

Costs are taxed against the plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 12th day of April, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE